## Dunham *v.* The State.

Fish, P. J.   There being no complaint that any error of law was committed, and the evidence being sufficient to warrant the verdict rendered, the judgment of the trial judge, refusing to grant a new trial, will not be disturbed.   *Judgment affirmed.    All the Justices concur.*

Argued October 21, — Decided October 29, 1903.

Indictment for murder.    Before Judge Harris.    Meriwether superior court.    August 25, 1903.

*J. R. Terrell* and *McLaughlin & Jones,* for plaintiff in error.

*John C. Hart, attorney-general,* and *T. A. Atkinson, solicitor-general,* contra.

## Vickers *v.* The State.

Candler, J.   The grounds of the motion for a new trial which complain of the charge of the court are without merit.   The evidence demanded the conviction of the accused ; and while that objected to was of doubtful admissibility, the failure to rule it out will not work a reversal of the judgment overruling the motion for a new trial.   *Judgment affirmed.   All the Justices concur.*

Submitted October 21, — Decided October 29, 1903.

Accusation of selling liquor.    Before Judge Quincey.    City court of Douglas.   August 31, 1903.

*Lankford & Dickerson* and *W. W. McDonald,* for plaintiff in error.    *C. T. Roan, solicitor-general,* contra.